UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------------X
                                                                   :
 In Re: Revlon, Inc.                                               :
                                                                   :
                                                    DEBTOR.        :
-------------------------------------------------------------------:
                                                                   :
 BONITA NEWMAN, DERENNA MOON, and                                  :
 TAMERA KEYS,                                                      :
                                                                   :
                                                APPELLANTS,        :
                                                                   :
 REVLON, INC.                                                      :
                                                                   :
                                                 APPELLEE.         :
-------------------------------------------------------------------X
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 05/18/2023 |

23-CV-4091 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 17, 2023, Appellants Bonita Newman, Derenna Moon, and Tamera Keys filed a notice of appeal from the Bankruptcy Court, Dkt. 1.

IT IS HEREBY ORDERED that, by no later than **Friday, June 2, 2023**, the parties must meet and confer and file a joint letter with (1) proposed designations of the bankruptcy record, (2) a proposed briefing schedule with respect to the appeal, and (3) a brief summary of the issues on appeal.

**SO ORDERED.**

Date: May 18, 2023
      New York, NY

_Valerie Caproni_
**VALERIE CAPRONI**
**United States District Judge**