## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

In re:

Revlon, Inc.,

                      Debtor.

-----------------------------------------------------------------X

BONITA NEWMAN, DERENNA MOON, JAMEY CAPERS, and TAMERA KEYS,,

                      Appellants,                      23 **CIVIL** 4091 (VEC)

      -against-                                         **JUDGMENT**

REVLON, INC.,

                      Appellee.

-----------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 15, 2024, the appeal is DISMISSED for lack of appellate jurisdiction. Accordingly, the case is closed.

**Dated:** New York, New York

      February 16, 2024

                                                        **RUBY J. KRAJICK**
                                                           Clerk of Court

                          **BY:**

                                                            **Deputy Clerk**